UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANTINE KARTSONE | Case No. 2:20-cv-02222-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*., | |
| Defendants. | |

**I.  DISCUSSION**

On December 10, 2020, the Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action on or before February 11, 2021.  ECF No. 3 at 2.  On January 13, 2021, Plaintiff filed a second application to proceed *in forma pauperis* that is incomplete because it is missing page 3 of the application. ECF No. 6.  As Plaintiff's application at ECF No. 6 is incomplete, the Court grants Plaintiff until the original deadline of **February 11, 2021** to submit the missing page 3 to the Court or pay the full $400 filing fee.  The Court will not grant any further extension of time.

If Plaintiff does not submit the missing page 3 of the application or pay the full $400 filing fee on or before **February 11, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a fully complete application to proceed *in forma pauperis* or pays the full filing fee.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely submits the missing page 3 of the application to proceed *in forma pauperis* or pays the full $400 filing fee.

**II.  ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1    IT IS FURTHER ORDERED that on or before **February 11, 2021**, Plaintiff shall either submit the missing page 3 of the application or pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee).

    IT IS FURTHER ORDERED that, if Plaintiff does not submit the missing page 3 of the application or pay the full $400 filing fee on or before **February 11, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a fully complete application to proceed *in forma pauperis* or pays the full filing fee.

    IT IS FURTHER ORDERED that the Clerk of the Court shall retain Plaintiff's complaint (ECF No.1-1) but will not file it at this time.

    Dated this 21st day of January, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE